

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2015

No. 04-14-00674-CV

John Michael **DONOHUE**,
Appellant

v.

Daniel **BUTTS, ET AL.,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000180
Honorable M. Rex Emerson, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to March 18, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Michael A. Shaunessy               John M. Donohue
     600 Congress Ave, Suite 2100       Duncan Unit
     Austin, TX 78701                   1502 South First Street
                                        Diboll, TX 75941